**Order entered June 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01545-CV**

**IN THE MATTER OF DEMPSTER A. ROSS**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02315-2019**

**ORDER**

Appellee's motion for extension of time to file a brief is **GRANTED** and the

clerk is directed to file appellee's brief as of the date of this Order.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE